**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Andrea Hall
Camp D-Raven 3-R-7 DOC No. 110954
La State Penitentiary
Angola LA 70712

### REHEARING ACTION: May 4, 2011

**Docket Number: 10   00776-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ANDREA HALL**

**Writ Application from CONCORDIA Parish Case No. 90-1096, 91-1518**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Andrea Hall** has this day been

    **DENIED.**

cc: Hon. John Frederick Johnson, Counsel for the Respondent